UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALDEN and SARAH J. BOWMAN ALDEN,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF SACRAMENTO, et al.,<br><br>Defendants. | No. 2:17-cv-02629-KJM-AC<br><br><br><br>ORDER |

Plaintiffs are proceeding in this matter pro se, and this matter was referred to the undersigned pursuant to Local Rule 302(c)(21). On December 15, 2017 plaintiffs filed a motion to proceed in forma pauperis. ECF No. 2. The undersigned issued findings and recommendations for denial of IFP status and dismissal of the complaint with leave to amend. ECF No. 3. On January 17, 2018, plaintiffs paid the filing fee, filed an amended complaint, and the summons and new civil case documents were issued in this case. ECF Nos. 4, 5, 6. The motion to proceed IFP and the related findings and recommendations (ECF Nos. 2 and 3) are hereby VACATED as moot.

IT IS SO ORDERED.

DATED: January 17, 2018

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE