**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
David A. Melton, SBN 176340
Taylor W. Rhoan, SBN 294941
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706

Attorneys for Defendants
COUNTY OF SACRAMENTO, JOYCELYN WORMLEY, SAMATHA SACHEO, EVA BERMUDEZ, SHERRI HELLER, TISH BIANEZ, PAOLIS REED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. ALDEN, an individual and SARAH J. BOWMAN ALDEN, an individual, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF SACRAMENTO, a public entity; JOYCELYN WORMLEY, individually, SAMATHA SACHEO, individually, EVA BERMUDEZ, individually, SHERRI HELLER, individually, TISH BIANEZ, individually, PAOLIS REED, individually and DOES 1 through 50, inclusive, <br><br> Defendants. | CASE NO. 2:17-CV-02629-KJM-AC PS <br><br> **STIPULATION AND [~~PROPOSED~~] ORDER TO EXTEND TIME FOR DEFENDANTS' TO ~~RESPOND TO~~ ANSWER COMPLAINT** <br><br> Complaint Filed: 01/17/2018 |

Plaintiffs DAVID M. ALDEN and SARAH J. BOWMAN ALDEN and Defendants COUNTY OF SACRAMENTO, JOYCELYN WORMLEY, SAMATHA SACHEO, EVA BERMUDEZ, SHERRI HELLER, TISH BIANEZ, and PAOLIS REED, by and through their counsel of record, hereby agree to extend the time for Defendants to file an Answer to the First Amended Complaint of Plaintiffs to April 17, 2018.

The parties have commenced the meet and confer process, and stipulate to the following:

{01808454.DOCX}   1
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER COMPLAINT

PORTER | SCOTT
350 University Ave., Suite 200
Sacramento, CA 95825
TEL: 916.929.1481
FAX: 916.927.3706

1) As pleaded in the First Amended Complaint; Plaintiffs have stated claims upon which relief can be granted;

2) Due to defendants' availability of counsel and the contemplation of admitted facts and defendants wish to avoid the necessity of amending their Answer; additional time is needed to explore the issues;

3) In this context, plaintiffs agree to defendants' request for an extension of time, solely for the purpose of preparing, serving and filing an Answer to the Plaintiffs' First Amended Complaint;

4) Thus, good cause exists for an extension of time for Defendants to file an Answer to the Plaintiffs' First Amended Complaint;

5) Accordingly, the Parties stipulate to extend the time for defendants to file an Answer to the Plaintiffs' First Amended Complaint until April 17, 2018.

Respectfully Submitted,

Dated: April 11, 2018                PORTER SCOTT
                                     A PROFESSIONAL CORPORATION


                                     By:  /s/ Taylor W. Rhoan
                                         Taylor W. Rhoan (SBN 294941)
                                         Attorney for Defendants

Dated: April 11, 2018



                                     By: _____
                                         DAVID M. ALDEN
                                         PLAINTIFF PRO SE

Dated: April 11, 2018



                                     By: _____
                                         SARAH J. BOWMAN ALDEN
                                         PLAINTIFF PRO SE

{01808454.DOCX}                              2
STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER COMPLAINT

**[PROPOSED] ORDER**

IT IS SO ORDERED.

Date: April 11, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE