UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ALDEN, et al., | No. 2:17-cv-02629-KJM-AC |
| Plaintiffs, | |
| v. | ORDER |
| COUNTY OF SACRAMENTO, et al., | |
| Defendants. | |

The court is in receipt of plaintiffs' request to participate in electronic filing pursuant to Local Rule 133(b)(3), which also contains defendants' statement of non-opposition. ECF No. 15. The court has reviewed the filing and, upon finding good cause, GRANTS plaintiffs' request. The clerk of court is hereby ordered to make the necessary arrangements to allow plaintiffs to participate in electronic filing for this case.

IT IS SO ORDERED.

DATED: May 14, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE